UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VANDERBILT SHORES CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

v.      Case No. 2:20-cv-14-JLB-NPM

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

    The parties have stipulated to dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Doc. 41.)  The stipulation is self-executing.  Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  The Clerk of Court is **DIRECTED** to close the file.

    **ORDERED** in Fort Myers, Florida, on April 14, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE